UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TITELINE CHARTER SERVICE, L.L.C.** | * | CIVIL ACTION |
| versus | * | NO. 10-CV-01507 |
| **BP, PLC; BP PRODUCTS NORTH AMERICA, INC.; TRANSOCEAN, LTD.;** | * | SECTION "N" |
| **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.;** | * | DIVISION "4" |
| **TRANSOCEAN DEEPWATER, INC; HALLIBURTON ENERGY SERVICES,** | * | JUDGE KURT D. ENGELHARDT |
| **INC. AND CAMERON INTERNATIONAL CORPORATION f/k/a COOPER** | * | MAGISTRATE ROBY |
| **CAMERON CORPORATION** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendants BP Products North America Inc. and BP America Inc. (collectively the "BP Defendants") respectfully move this Court to stay further proceedings in the above-captioned action pending a final determination by the Judicial Panel on Multidistrict Litigation ("JPML") regarding whether this action, and more than ninety related actions, should be centralized pursuant to 28 U.S.C. § 1407 and, if so, in which forum.  A stay is appropriate here because it will prevent needless waste of time and resources of the parties and the Court.  Moreover, it will protect the defendants from being required to litigate identical issues in multiple jurisdictions,

-2-

with the danger of inconsistent rulings.  If the related actions are not consolidated, plaintiffs will suffer no significant prejudice as a result of the temporary stay requested here because the JPML is expected to take up the transfer and consolidation motion when it sits in Boise, Idaho on July 29, 2010, in less than three months.

WHEREFORE, for the reasons more fully set forth in the attached memorandum, the BP Defendants respectfully move for an order temporarily staying proceedings in this action until the JPML decides the pending motion to transfer and consolidate cases pursuant to 28 U.S.C. § 1407.

Respectfully submitted,

/s/ Don K. Haycraft
Donald R. Abaunza (Bar #2273)
R. Keith Jarrett (Bar #16984)
Don K. Haycraft (Bar #14361)
Jonathan A. Hunter (Bar #18619)
Mark D. Latham (Bar #19673)
Robert E. Holden (Bar #6935)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Of Counsel:

Richard C. Godfrey, P.C.
John T. Hickey Jr., P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
Wendy L. Bloom, P.C.
Hariklia Karis, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

***Attorneys for BP Products North America Inc. & BP America Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Don K. Haycraft

Don K. Haycraft

855872_1.DOC